WILLIAM M. NARUS, CAB#243633
Acting United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902 Telephone:
(503) 727-1000 Attorneys for United
States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-mj-<u>00189</u> |
| v. | **MOTION TO PARTIALLY UNSEAL CASE** |
| **RILEY FREEMAN,** Defendant. | |

The United States of America moves this court for an order to partially unseal the above-captioned case. The United States requests the complaint and affidavit in support of the complaint remain under seal as the complaint contains personally identifiable information and the matter remains under investigation. The government will file a redacted version of the complaint and affidavit to be publicly available.

**Motion to Partially Unseal Case**                                                                                                                                            **Page 1**
Revised March 2018

The above-captioned defendant has been arrested and the arrest warrant and complaint are necessary for initial appearance and other court purposes. The government intends to disclose the sealed document to defense counsel, but requests that only the redacted document be referred to in public proceedings. The government requests the undredacted complaint remain sealed until further order of the Court or as justice may require.

Dated: July 7 2025

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney